**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BROOKE GAINES, | ) |
| | ) Cause No. 1:21-cv-01955-TWP-TAB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LIVE NATION WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FINALIZING SETTLEMENT**

COMES NOW, Plaintiff Brooke Gaines (hereinafter "Plaintiff"), by counsel, Andrea Ciobanu of CIOBANU LAW, P.C., and notifies this Court as follows:

1. On September 28, 2022, parties reported that this matter was settled in principal. Parties' stipulation of dismissal was due on or before January 27, 2023.

2. On January 27, 2023, parties finalized their settlement agreement and are awaiting the final signatures. The stipulation of dismissal is forthcoming.

    Respectfully submitted,

    s/ Andrea Ciobanu
    Andrea Ciobanu, Attorney #28942-49
    CIOBANU LAW, P.C.
    902 E. 66th Street
    Indianapolis, IN 46220
    Email: aciobanu@ciobanulaw.com