UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-cv-01955-TWP-TAB |
| | ) |
| LIVE NATION WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brooke Gaines and Defendant Live Nation Worldwide, Inc. ("Defendant"), by their respective counsel, hereby stipulate to the dismissal of the entire action with prejudice and with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| CIOBANU LAW, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| By: /s/ *Andrea L. Ciobanu (with permission)* | By: /s/ *Michael Mohler* |
| Andrea L. Ciobanu, Attorney No. 28942-49 | Michael Mohler, Attorney No. 34703-49 |
| Ciobanu Law, P.C. | 300 N. Meridian St., Suite 2700 |
| 902 East 66th Street | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46220 | Telephone: (317) 916-1300 |
| aciobanu@ciobanulaw.com | Facsimile: (317) 916-9076 |
| | michael.mohler@ogletree.com |
| Attorney for Plaintiff | |
| | Amber L. Roller (Pro Hac Vice) |
| | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| | Telephone: 213.239.9800 |
| | Facsimile: 213.239.9045 |
| | *amber.roller@ogletree.com* |
| | |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrea L. Ciobanu
Ciobanu Law, P.C.
902 East 66th Street
Indianapolis, Indiana  46220
*aciobanu@ciobanulaw.com*

      *s/ Michael C. Mohler*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian St., Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

48435395.1